| | AUSA: | Kathryn E. Boyles | Telephone: (313) 226-9556 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Lawrence Ballard | Telephone: (313) 568-6049 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
v.
Leonel ROMAN-CENTENO

Case No. 2:25-mj-30323
Judge: Unassigned,
Filed: 05-15-2025 At 03:13 PM
CMP USA V. LEONEL ROMAN-
CENTENO (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 13, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about May 13, 2025, in the Eastern District of Michigan, Southern Division, Leonel ROMAN-CENTENO, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed there from on or about October 30, 2017, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Lawrence Ballard, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 15, 2025

_____
Judge's signature

City and state: Detroit, MI

Elizabeth Stafford, U.S. Magistrate Judge
Printed name and title

# Affidavit

I, Lawrence C. Ballard, being duly sworn, do hereby state:

1. I am a Deportation Officer with the U.S. Department of Homeland Security, Immigration and Customs Enforcement (ICE), currently assigned to Enforcement and Removal Operations. In such capacity, I have reviewed the official immigration file and system automated data relating to Leonel ROMAN-CENTENO which attests to the following:

2. ROMAN-CENTENO is a forty-three-year-old male, native and citizen of Mexico, who last entered the United States at an unknown place on an unknown date without being admitted, inspected or paroled by an immigration officer.

3. On September 20, 2001, U.S. Border Patrol (USBP) apprehended ROMAN-CENTENO at or near Hidalgo, Texas and voluntarily returned him to Mexico the same day.

4. On February 17, 2004, USBP apprehended ROMAN-CENTENO near Trenton, Michigan. ROMAN-CENTENO was served with Form I-862, Notice to Appear, and placed in removal proceedings.

5. On March 2, 2004, ROMAN-CENTENO was ordered removed from the United States by an immigration judge in Detroit, Michigan and subsequently deported to Mexico on March 16, 2004.

6. On August 22, 2017, U.S. ICE Deportation Officers encountered ROMAN-CENTENO at or near Detroit, Michigan and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order. On September 6, 2017, ROMAN-CENTENO was subsequently removed to Mexico.

7. On September 27, 2017, USBP apprehended ROMAN-CENTENO at or near Jamul, California and served him with Form I-860, Notice and Order of Expedited Removal and removed him to Mexico on September 28, 2017.

8. On October 6, 2017, USBP encountered ROMAN-CENTENO at or near Tecate, California and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order, and removed him to Mexico on

October 7, 2017.

9. On October 22, 2017, USBP encountered ROMAN-CENTENO at or near Laredo, Texas and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order, and presented him for prosecution for violation of Title 8, United States Code, Section 1326(a), Unlawful Reentry Following Removal.

10. On October 23, 2017, ROMAN-CENTENO was convicted in the United States District Court for the Southern District of Texas – Laredo Division for the offense of Illegal Entry, in violation of 8 U.S.C. § 1325(a)(1), and sentenced to 10 days' imprisonment.

11. On October 30, 2017, ROMAN-CENTENO was returned to USBP custody and was subsequently removed to Mexico the same day.

12. On August 29, 2022, the 52-1 District Court in Novi, Michigan convicted ROMAN-CENTENO for the offense of misdemeanor Larceny, more than $200 but less than $1,000, in violation of Michigan Complied Law §750.356(4)(a), and sentenced him to 10 days community service and 11 months' probation.

14. On May 13, 2025, ICE Deportation Officers on the Fugitive Operations Task Force apprehended ROMAN-CENTENO in Detroit, Michigan following a vehicle stop. During processing, fingerprints were taken which was a positive match to Leonel ROMAN-CENTENO, a citizen and national of Mexico who was previously removed from the United States as described above.

15. On May 13, 2025, records from Alien File for ROMAN-CENTENO and queries in Department of Homeland Security databases were reviewed and revealed that no record exists of ROMAN-CENTENO obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States following his removal on October 30, 2017.

16. Based on the above information, I believe there is probable cause to conclude that Leonel ROMAN-CENTENO is an alien who has previously been removed from the United States on or about October 30, 2017 and was thereafter found in the United States on or about

May 13, 2025 in the Eastern District of Michigan, without first having obtained the express consent or permission of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, all in violation of Title 8, United States Code, Section 1326(a).

Lawrence Ballard, Deportation Officer
Immigration & Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Elizabeth A. Stafford
United States Magistrate Judge